Submitted on record and briefs January 25, sentences vacated; remanded for resentencing; otherwise affirmed February 14, 2007

STATE OF OREGON,
*Plaintiff-Respondent,*

*v.*

VANCE EVERETT COBB, JR.,
*Defendant-Appellant.*

Deschutes County Circuit Court
01FE0887ST; A120750

153 P3d 143

Laura Frikert filed the brief for appellant.

Hardy Myers, Attorney General, Mary H. Williams, Solicitor General, and Erika L. Hadlock, Assistant Solicitor General, filed the brief for respondent.

Before Edmonds, Presiding Judge, and Wollheim, Judge, and Deits, Judge pro tempore.

PER CURIAM

**PER CURIAM**

After a trial to a jury, defendant was convicted of first-degree burglary, ORS 164.225, criminal conspiracy, ORS 161.450, and tampering with physical evidence, ORS 162.295. On the burglary conviction, the court imposed an upward departure sentence of 75 months' imprisonment based on its finding that defendant was on supervision at the time of the offense.

On appeal, defendant argues that the departure sentence violates the Sixth Amendment under the principles articulated in *Blakely v. Washington*, 542 US 296, 124 S Ct 2531, 159 L Ed 2d 403 (2004), and *Apprendi v. New Jersey*, 530 US 466, 120 S Ct 2348, 147 L Ed 2d 435 (2000), because it was based on facts that were not admitted by defendant or found by a jury. Although defendant did not advance such a challenge below, he argues that the sentence should be reviewed as plain error. Under our decision in *State v. Ramirez*, 205 Or App 113, 133 P3d 343, *adh'd to on recons*, 207 Or App 1, 139 P3d 981 (2006), *rev allowed*, 342 Or 256 (2007), the sentence is plainly erroneous. For the reason set forth in *Ramirez*, we exercise our discretion to correct the error.

Sentences vacated; remanded for resentencing; otherwise affirmed.